# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# CIVIL ACTION NO. 5:16-CV-00037-RLV-DSC

| | |
|---|---|
| **CURTIS PENDLETON,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| **ROBERT L. REID, et. al.,** | ) |
| | ) |
| Defendants. | ) |

**THIS MATTER** is before the Court on the "Application[s] for Admission to Practice Pro Hac Vice [for Arthur Luk and John C. Massaro]" (documents ## 22 and 23) filed April 5, 2016. For the reasons set forth therein, the Motions will be <u>granted</u>.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel; and to the Honorable Richard L. Voorhees.

**SO ORDERED**.

Signed: April 5, 2016

_____
David S. Cayer
United States Magistrate Judge