# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION

| | |
|---|---|
| IN RE COMMUNITYONE BANCORP CONSOLIDATED STOCKHOLDER LITIGATION | C.A. No. 5:16-CV-00037-RLV-DSC<br><br>CLASS ACTION |

## LEAD PLAINTIFF'S UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT

Curtis R. Pendleton (the "Lead Plaintiff"), hereby respectfully moves this Court, pursuant to Fed. R. Civ. P. 23, for entry of the [Proposed] Scheduling Order and Order Preliminary Approving Proposed Settlement (the "Preliminary Order")[1] that will: (1) preliminarily approving the settlement (the "Settlement") set forth in the Stipulation of Settlement dated January 31, 2017 (the "Stipulation"); (2) preliminarily certify, for settlement purposes only, a non-opt-out class consisting of Lead Plaintiff and any and all record holders and beneficial owners of any shares of CommunityOne Bancorp at any time between and including November 23, 2015 and October 26, 2016;[2] (3) approve the form, manner, and content of the notice to be provided to the proposed

---

[1] A copy of the Preliminary Order is attached as Exhibit B to the Stipulation and has also been filed as a separate attachment for the convenience of the Court.

[2] Including their respective successors in interest, successors, predecessors in interest, predecessors, representatives, trustees, executors, administrators, heirs, assigns or transferees, immediate and remote, and any person or entity acting for or on behalf of, or claiming under, any of them, and each of them, but excluding Defendants, their subsidiaries or other affiliates, their assigns, members of their immediate families, officers of CommunityOne Bancorp, and the legal representatives, heirs, successors, or assigns of any such excluded person (the "Settlement Class").

Settlement Class and order the direct mailing of the Notice to Class members;[3] and (4) schedule a hearing (the "Settlement Hearing") at which the Court will consider final approval of the Settlement.[4]

In support of this motion,[5] Lead Plaintiff submits herewith a memorandum of law and the Declaration of James M. Wilson, Jr. in Support of Lead Plaintiff's Unopposed Motion for Preliminary Approval of Settlement, which contains the Stipulation with all attachments, and the Preliminary Order.

DATED: February 17, 2017

Respectfully submitted,

**FARUQI & FARUQI, LLP**

*/s/ James M. Wilson, Jr.*
James M. Wilson, Jr. (admitted *pro hac vice*)
685 Third Avenue, 26th Floor
New York, New York 10017
Tel.: 212-983-9330
Fax: 212-983-9331
Email: jwilson@faruqilaw.com

**ADEMI & O'REILLY, LLP**
Guri Ademi (admitted *pro hac vice*)
3620 East Layton Avenue
Cudahy, WI 53110
Tel: 414-482-8000
Fax: 414-482-8001
Email: gademi@ademilaw.com

*Co-Lead Counsel for Lead Plaintiff*

---

[3] A copy of the Notice is attached as Exhibit C to the Stipulation.

[4] The [Proposed] Order and Final Judgment is attached as Exhibit D to the Stipulation.

[5] Although this Motion is unopposed, this Motion and any supporting briefs for or other documents are submitted solely by Lead Plaintiff and does not represent the views of Defendants.

**WARD BLACK LAW**
Janet Ward Black
Nancy R. Meyers
208 W. Wendover Ave.
Greensboro, NC 27401
Tel: 336-333-2244
Fax: 336-379-9415
Email: jwblack@wardblacklaw.com
       nmeyers@wardblacklaw.com

*Liaison Counsel for Lead Plaintiff*

**OF COUNSEL:**

**LEVI & KORSINSKY LLP**
Shane T. Rowley
733 Summer Street, Suite 304
Stamford, CT 06901
Tel.: 212-363-7500
Fax: 212-363-7171
Email: srowley@zlk.com

*Attorneys for Plaintiff
Floyd Scrogham*

## CERTIFICATE OF SERVICE

This is to certify that on February 17, 2017, the undersigned attorney filed the foregoing LEAD PLAINTIFF'S UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT using the CMF ECF system which will send email notification of filing to the following attorneys of record:

Janet Ward Black
Ward Black, P.A.
208 W. Wendover Ave.
Greensboro, NC 27401
Email: jwblack@wardblacklaw.com

*Liaison Counsel for Lead Plaintiff*

Guri Ademi (admitted *pro hac vice*)
Ademi & O'Reilly, LLP
3620 E. Layton Avenue
Cudahy, WI 53110
Email: gademi@ademilaw.com

*Co-Lead Counsel for Lead Plaintiff*

**LEVI & KORSINSKY LLP**
Shane T. Rowley
733 Summer Street, Suite 304
Stamford, CT 06901
T.: 212-363-7500
srowley@zlk.com

*Attorneys for Plaintiff*
*Floyd Scrogham*

Arthur Luk
John C. Massaro
Arnold & Porter
601 Massachusetts Ave., NW
Washington, D.C. 20001-3743
T: 202.942.5000
F: 202.942.5999
Email: arthur.luk@apks.com
john.massaro@apks.com

Landis Wade, Jr.
Andrew R. Hand
McGuireWoods, LLP
P. O. Box 31247
Charlotte, NC 28231
Email: lwade@mcguirewoods.com
ahand@mcquirewoods.com

*Attorneys for Defendants Robert L. Reid, Scott B. Kauffman, Jerry R. Licari, J. Chandler Martin, T. Gray McCaskill, H. Ray McKenney, Jr., John C. Redett, Boyd C. Wilson, Jr. and CommunityOne Bancorp.*

S. Christopher Szczerban
Wachtell, Lipton, Rosen & Katz
51 W. 52nd St., New York
T: (212) 403-1000
F: (212) 403-2000
Email: scs@wlrk.com

Brent F. Powell
Ronald R. Davis
Womble Carlyle Sandridge & Rice

4

One West Fourth Street
Winston-Salem, NC 27101
Email:  brpowell@wcsr.com
rdavis@wcsr.com

*Attorneys for Capital Bank Financial Corp.*


<u>*/s/ James M. Wilson, Jr.*</u>
James M. Wilson, Jr. (admitted *pro hac vice*)
Faruqi & Faruqi, LLP
685 Third Avenue, 26th Floor
New York, NY 10017
Email: jwilson@faruqilaw.com

*Co-Lead Counsel for Lead Plaintiff*